UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| TARA NICOLE LINK, ) | Case No. 14-46466-705 |
| ) | Chief Judge Kathy A. Surratt-States |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |
| LARRY BROWN, and ) | **Adversary No. 15-4033-659** |
| LISA BROWN, ) | |
| ) | **PUBLISHED** |
| Plaintiffs ) | |
| ) | |
| -v- ) | |
| ) | |
| TARA NICOLE LINK, and ) | |
| CAROLINE N. LABRAYERE, ) | |
| ) | |
| Defendants ) | |

### O R D E R

The matter before the Court is Plaintiffs' Complaint to Determine Dischargeability of Debt. For the reasons set forth in the Court's Findings of Fact and Conclusions of Law entered separately,

**IT IS ORDERED THAT** the relief requested in Plaintiffs' Complaint to deny dischargeability pursuant to Section 523(a)(2)(A) is **DENIED**; and

**IT IS FURTHER ORDERED THAT** the relief requested in Plaintiffs' Complaint to deny dischargeability pursuant to Section 523(a)(3) is **DENIED**; and

**IT IS FURTHER ORDERED THAT** the relief requested in Plaintiffs' Complaint as to Caroline N. Labrayere is **DENIED**; and

**IT IS FURTHER ORDERED THAT** the relief requested in Plaintiffs' Complaint to deny dischargeability pursuant to Section 523(a)(14A) is **GRANTED IN PART** in that $3,238.66 of the State Court Judgment comprising of $2,038.66 for the Labrayere Cashiers Check and $1,200.00

for the Link Cashiers Check is a debt for taxes and is nondischargeable as to Debtor, Tara Nicole Link only, and judgment in the total amount of $3,238.66 is entered in favor of Plaintiffs and against Debtor, Tara Nicole Link only, and said judgment is **NOT DISCHARGEABLE** as to Debtor, Tara Nicole Link, pursuant to 11 U.S.C. § 523(a)(14A) and **DENIED IN PART** in that the remaining amount of the State Court Judgment is discharged as to Debtor, Tara Nicole Link; and

**IT IS FURTHER ORDERED THAT** the relief requested in Plaintiffs' Complaint for attorneys fees is **DENIED** and this is the final judgment and Order of this Bankruptcy Court in this case.

_____
KATHY A. SURRATT-STATES
Chief United States Bankruptcy Judge

DATED: September 25, 2015
St. Louis, Missouri

Copies to:

Office of the United States Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Suite 6.353
St. Louis, MO  63102

Tara Nicole Link
220 A. E. Main Street
Festus, MO 63028

Adam Grissom Breeze
Zimmer Breeze, LLC
508 North Truman Boulevard Suite E
Crystal City, MO 63019

Adam C Renner
Thurman Law Firm
301 Main Street
Hillsboro, MO 63028

Caroline N LaBrayere
100 Bonnie Lane
Festus, MO 63028